IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARCUS B. HARRIS,

    Plaintiff,

v.                                         4:14cv358-WS/CAS

MICHAEL D. CREWS, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed September 16, 2014.  <u>See</u> Doc. 18.  The magistrate judge recommends that the plaintiff's complaint and this case be dismissed under the three strikes provision of 28 U.S.C. § 1915(g).  The plaintiff has filed objections (doc. 21) to the magistrate judge's report and recommendation.

Having reviewed the record in light of the plaintiff's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 18) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g).

3. The prior order (doc. 7) granting the plaintiff leave to proceed in forma pauperis is VACATED.

4. The plaintiff's motions (docs. 2 & 3) for leave to proceed in forma pauperis are DENIED.

4. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

5. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(g).

DONE AND ORDERED this   30th   day of   September  , 2014.

                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE